# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>for the use and benefit of AXIS )<br>CONSTRUCTION COMPANY, LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>INTERNATIONAL FIDELITY )<br>INSURANCE COMPANY, )<br>)<br>    Defendant, )<br>)<br>v. )<br>)<br>STEPHENS CONSTRUCTION & )<br>CONCRETE, INC. )<br>)<br>    Intervenor Defendant. ) | Case No. CV413-003 |

## ORDER

The unopposed motion (doc. 16) of Stephens Construction & Concrete, Inc. to intervene in this case is **GRANTED**. *See* doc. 20 (no opposition to intervention). The above caption has been amended accordingly, and all subsequent filings shall conform.

The motion to compel arbitration, doc. 16-15,[1] along with its intertwined motion to stay proceedings pending arbitration, doc. 17, remains before the district judge.

**SO ORDERED** this  23rd  day of September, 2013.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Clerk is **DIRECTED** to print this motion (doc. 16-5) and re-file it as a separate, standalone motion with its own document number. It shall remain before the district judge.