FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 JAN 27 PM 2:12
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| Axis Construction Company, LLC, <br><br> Plaintiff, <br><br> v. <br><br> International Fidelity Insurance Company, <br><br> Defendant, <br><br> Stephens Construction & Concrete, Inc., <br><br> Intervenor Defendant. | CASE NO. CV413-003 |

## ORDER

Before the Court is the parties' Stipulation of Voluntary Dismissal With Prejudice. (Doc. 23.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. As a result of dismissal, Defendant International Fidelity Insurance Company's Motion to Stay (Doc. 17), and Defendant Stephens Construction & Concrete, Inc.'s Motion to Stay Litigation and

Compel Arbitration (Doc. 22) are both **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of January 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA